# Exhibit K

From: **George** <george@fintank.org>

1

Date: Wed, 4 Mar 2020 at 13:36
Subject: Re: Issues with Financial Times legal team [ ref:_00D20LryV._5004G260E1W:ref ]
To: Dan Guildford <daniel.guildford@ft.com>

Hello Dan,

Not sure about the disconnect between emails.

 - I still have not heard from anyone about setting up a time to speak to your CEO about the issue. If it is that important I'd think he would want to have that conversation. Possibly some of your legal team are just trying to make a name for themselves, but picking on a little guy is not the way to do this. As I mentioned we're a small non-profit with all volunteers. Possibly we should get a larger public audience involved.

 - With your approach, I'm not sure you are the right partner so let's hold off on the introduction to your Director of FT Live. We are going to an event with The Economist tomorrow and hope to talk to them about some type of partnership.

 - I had mentioned to you previously that we are open to working with you to create a new logo with the help of your team. It is a resource we simply do not have and a financial expenditure we simply do not have the ability to cover the cost of. As I had also mentioned it would probably be much cheaper than the cost of any legal action, but this brings me back to the point of your legal trying to justify their existence rather than try to resolve what they without the knowledge of your CEO see as an issue.

 - To you point on the logo on our email without the name FinTank on it, as I had previously mentioned I would be happy to add the name under or next to the logo if you simply explained how it could be done.

 To your most recent email in which you did not address the previous areas, you mentioned: "If you had discussed this with your trade mark attorney, like you discussed your registration of the FinTank trade mark, he or she would have advised you that you should not use the FT mark." my response is that we had a very nice firm that did the registering for us at no-cost and they did attempt to register not only the name FinTank but also the FT logo. It was not until your firm objected to our using the FT logo that we stopped. The firm indicated to us that we could try to get the logo registered by that you would most likely try to object to it and that we would then have to pay to get it done. At that point, we decided we would not have the money to get it done and so we did not push trying to have the logo registered. At no time was it mentioned that we could not use the logo and that you would try something like this a year later after we had built a web site and spent money on other things that you would object to our using it and come up with this non-sense and the ridiculously insulting your attorney wrote (by the way if I had someone do what he did I would have him fired and at this point if I get any more pushback from you we will consider filing a complaint with the regulatory authorities.

 So at this point let me be clear as well. We do not appreciate you picking on us as a small American company. While we don't have much, just like our founders were willing to fight for their independence we are as well. As for the traitors you have in the US should they continue the harassment we will expose them for what they are as well.

 At this point, I'd suggest you reconsider starting a fight. You can only push so far before those you prey on fight back.

 On Tue, Jan 28, 2020 at 7:29 AM Dan Guildford <daniel.guildford@ft.com> wrote:

Dear Mr Vukotich,

I am General Counsel for The Financial Times.

Further to your e-mail below, I have spoken to our trademark attorneys to get an update on this matter.

As you will be aware, the Financial Times has used our "FT" brand for many years to deliver events and conferences throughout the US, including in Chicago. Some of these US events relate to the finance and fintech sectors. We have registered "FT" as a trademark in the US in relation to events and conferences for these reasons.

You will appreciate that we must protect our business and trademarks, as I'm sure you would do if you found someone using your "FinTank" registered trademark. Therefore, we do require your business to cease using "FT", which is a clear infringement of our trademark for the above reasons. Please be assured that we have no objection to your continued use of "FinTank" to provide conferences, it's only the "FT" use that is of concern. We were pleased that you abandoned your attempts to register the mark that contained "FT", but your continued use of "FT" does represent a very real risk to our business.

We are keen to resolve this matter amicably. Please will you confirm that you will stop using the mark by a reasonable date (for example, by the end of February 2019). I will then instruct our trademark attorneys to stop chasing for written undertakings.

Kind regards

Dan

Dan Guildford
General Counsel

The Financial Times

Bracken House 1 Friday Street London EC4M 9BT

Tel: +44 (0)207 873 4014

--------------- Original Message ---------------
**From:** George [george@fintank.org]
**Sent:** 1/25/2020 11:52 PM
**To:** help@ft.com
**Subject:** Issues with Financial Times legal team

Hello,

We have been harassed by the Financial Times legal team (BLANKROME- Matthew Homyk) for some time now and would like it to stop. We're a small non-profit FinTech group of all volunteers and there is no confusion that we are you.

I'd like to speak to your CEO related to this and have it end.


--

George Vukotich, Ph.D.

Managing Partner
www.fintank.org